# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: DEON R. HEMPSTEAD  
2518 PRIAL AVENUE  
ROCKFORD, IL 61101  

SSN-xxx-xx-4634

Case Number: 04-74823

Case filed on: 9/28/2004  
Plan Confirmed on: 12/17/2004  

C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $3,832.50     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 208 | PREMIER BANKCARD | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 998 | DEON R. HEMPSTEAD | 0.00 | 0.00 | 25.00 | 0.00 |
| 999 | DEON R. HEMPSTEAD | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 25.00 | 0.00 |
| 001 | CITIZENS FINANCE | 3,500.00 | 3,500.00 | 1,253.42 | 945.02 |
|  | Total Secured | 3,500.00 | 3,500.00 | 1,253.42 | 945.02 |
| 001 | CITIZENS FINANCE | 783.36 | 0.00 | 0.00 | 0.00 |
| 002 | ALLIED BUSINESS ACCOUNTS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | ANOINTED HELP MEDICAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | AT&T CREDIT MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | COLLECTION COMPANY OF AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CREDITORS PROTECTION SERVICE, INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | PREMIER BANKCARD/CHARTER | 655.82 | 0.00 | 0.00 | 0.00 |
| 009 | NCO FINANCIAL SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | NICOR GAS | 520.72 | 0.00 | 0.00 | 0.00 |
| 011 | RICHARD BISCHOFF DDS | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | ROCKFORD HEALTH PHYSICIANS | 1,801.42 | 0.00 | 0.00 | 0.00 |
| 013 | ROCKFORD CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | ROCKFORD MERCANTILE AGENCY INC | 244.46 | 0.00 | 0.00 | 0.00 |
| 015 | ROCKFORD RADIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | ROCKFORD RETINA CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | SPRINT PCS | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | SURGICAL ASSOCIATES OF NO. ILLINOIS | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | RETAILERS NATIONAL BANK | 176.67 | 0.00 | 0.00 | 0.00 |
| 020 | ADVANCE CASH EXPRESS | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | INSIGHT COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | SBC CORPORATION | 674.43 | 0.00 | 0.00 | 0.00 |
| 023 | CHECK IT | 173.46 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 5,030.34 | 0.00 | 0.00 | 0.00 |
|  | Grand Total: | 9,894.34 | 4,864.00 | 2,642.42 | 945.02 |

Total Paid Claimant:     $3,587.44  
Trustee Allowance:       $245.06  
Percent Paid Unsecured:  0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/28/2008                By  /s/Heather M. Fagan